IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| V. | § | CRIMINAL NO. 1:12-CR-29 |
| | § | |
| JERRY TREVINO (1), | § | |
| ALVIN NELSON (2), | § | |
| and | § | |
| THOMAS DREW WIDAK (3) | § | |

## **O R D E R**

On this day came on to be heard the Government's Motion To Transfer Case, and the Court upon consideration of said Motion, deems it should be GRANTED.

IT IS THEREFORE, ORDERED that Criminal No. 1:12-CR-29 be and is hereby transferred to Honorable Marcia Crone, United States District Judge.

So **ORDERED** and **SIGNED** this **14** day of **May, 2012.**

_____
Ron Clark, United States District Judge