| | | | |
|---|---|---|---|
| DATE | 9/17/2013 | CASE NUMBER | 1:12cr29 |
| LOCATION | BEAUMONT DIVISION | USA | |
| JUDGE | MARCIA CRONE | | John Craft — Assigned |
| DEPUTY CLERK | Patricia Leger | VS | " — Appeared |
| RPTR/ECRO | Tonya Jackson | | |
| TAPE # | B  E | | Jerry Trevino |
| USPO | | | Defendant |
| INTERPRETER | | | Rey Morin |
| BEGIN | 3:10 pm | | Attorneys |

## PRETRIAL HEARING

✓ Docket Call held.
☐ Docket Call called.

Dft appeared __with__ counsel. Dft appeared on ✓ bond ☐ in custody.

**FILED** P.M. 9-17-20 13
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____ DEPUTY

☐ . . . . . . . Rule invoked
✓ . . . . . . . Motion Hearing held.    ☐ kmhrgh. Motion Hearing called.

☐ . . . . ☐ Govt ☐ Dft evidence presented
☐ . . . . ☐ Govt ☐ kwitlst. ☐ Dft _____
☐ . . . . ☐ Govt ☐ kexhlst. ☐ Dft _____

Jury Selection set for __October 21, 2013__ at __10:00 am__ before Judge __Marcia Crone__

☐ . . . . . . Dft _____ Defendant's Motion in Limine
☐ . . . . . . Gov _____ Government's Motion in Limine

3:10 pm Court began. Pretrial hearing held before Judge Crone. Parties announced. Judge addressed counsel Re: Plea negotiations. Mr. Craft responded. Mr. Morin responded. Judge responded. 3:14 pm Court adjourned.

✓ . . . . . . . Total time in Court - 4 minutes                    ✓ . . . . Minutes filed.