# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF TEXAS

**EXHIBIT LIST**

UNITED STATES OF AMERICA

V.

JERRY TREVINO

Case Number:  1:12-CR-29

| PRESIDING JUDGE<br>Honorable Marcia Crone | PLAINTIFF'S ATTORNEY<br>John A. Craft | DEFENDANT'S ATTORNEY<br>Reynaldo Morin |
|---|---|---|
| TRIAL DATE (S)<br>10/21/13 | COURT REPORTER<br>Tonya Jackson | COURTROOM DEPUTY<br>Patricia Leger |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | | | | Shedrick Moore's driver's license photo |
| 2A | | | | | 77 grams cocaine base |
| 2B | | | | | Photo of 77 grams cocaine base |
| 3 | | | | | Willie Netherly's driver's license photo |
| 4A | | | | | 500 grams cocaine HCL |
| 4B | | | | | Photo of 500 grams cocaine HCL |
| 5 | | | | | Jerry Trevino's driver's license photo |
| 6 | | | | | Alvin Nelson's driver's license photo |
| 7 | | | | | Vincente Monte's driver's license photo |
| 8 | | | | | Photo of Vera Cruz Restaurant (exterior) |
| 9 | | | | | Photo of Vera Cruz Restaurant office building (exterior) |
| 10A | | | | | Pole Camera Video – 5/27/11 |
| 10B | | | | | Netherly audio recording – 5/28/11 |
| 11A | | | | | Netherly body camera video – 6/9/11 meeting |
| 11B | | | | | Frame capture from #11A |
| 11C | | | | | Frame capture from #11A |
| 11D | | | | | Frame capture from #11A |
| 11E | | | | | Pole Camera Video – 6/9/11 |
| 12A | | | | | Netherly body camera video – 6/11/11 meeting |
| 12B | | | | | Frame capture from #12A |
| 13 | | | | | Netherly body camera video – 6/22/11 meeting |

| | | | | |
|---|---|---|---|---|
| 14A | | | | Netherly body camera video – 6/23/11 Lunch meeting |
| 14B | | | | Frame capture from #14A |
| 15A | | | | Netherly body camera video – 6/23/11 PM meeting |
| 15B | | | | Frame capture from #15A |
| 16A | | | | Kilogram cocaine HCL (5/27/11) |
| 16B | | | | Photo of Kilogram cocaine HCL (5/27/11) |
| 17 | | | | Photo of Kilogram of cocaine HCL (5/27/11) Laboratory |
| 18A | | | | Kilogram cocaine HCL (6/9/11) |
| 18B-C | | | | Photos of Kilogram of cocaine HCL (6/9/11) as seized |
| 19 | | | | Photo of Kilogram of Cocaine HCL (6/9/11) Laboratory |
| 20A | | | | Photo of 9 Kilograms of Cocaine HCL (6/9/11) as seized |
| 20B-C | | | | Photos of 9 Kilograms of Cocaine HCL (6/9/11) Laboratory |
| 21A-B | | | | Photos of 3 Kilograms of Cocaine (6/23/11) as seized |
| 21C-D | | | | Photos of 3 Kilograms of Cocaine (6/23/11) Laboratory |
| 22 | | | | Photograph of semi-automatic pistol from Alvin Nelson's room |
| 23 | | | | Photo of Jerry Trevino's 9 mm Ruger 9 mm semi-automatic pistol |
| 24 | | | | Masterpiece Firearms with flash suppressor |
| 25 | | | | Ruger 9 mm pistol |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |
| | | | | |