| | | | | |
|---|---|---|---|---|
| DATE | 10/21/2013 | CASE NUMBER | 1:12CR29 | |
| LOCATION | BEAUMONT DIVISION | USA | John Craft | Assigned |
| JUDGE | MARCIA CRONE | VS | John Craft | Appeared |
| DEPUTY CLERK | Patricia Leger | | | |
| RPTR/ECRO | Tonya Jackson | | JERRY TREVINO | |
| TAPE # | | | Defendant | |
| USPO | Not present | | Rey Morin | |
| INTERPRETER | | | | |
| BEGIN | 9:20 am | | Attorneys | |

**FILED** A.M. 10-21 20 13
DAVID J. MALAND, CLERK
U.S. DISTRICT COURT
By_____ DEPUTY

**PLEA HEARING**

- **X** (Plea Hearing) — Interpreter ☐ sworn
- **X** Hearing held — ☐ Hearing called
- ☐ Information (felony) — ☐ kinfo.misd. Information (misdemeanor) — ☐ ksl.info. Information (sealed)
- **X** Indictment unsealed — ☐ kinfo.uns. Information Unsealed
- **X** Dft appears **X** with ☐ without counsel; ☐ Dft appears pro se; ☐ Counsel appears on behalf of dft.
- ☐ Dft files Waiver of Indictment ☐ Dft. advised of right to grand jury consideration
- ☐ Dft first appearance with counsel ☐ CJA ☐ Ret. ☐ USPD ☐ kdaddatty
- **X** Dft
  - **X** sworn
  - **X** advised of charges
  - ☐ advised of right to counsel
  - ☐ charges read
  - ☐ advised of alternate sentencing under Youth Corrections Act;
  - **X** physically/mentally ready
  - **X** advised of maximum penalties
  - ☐ rec'd copy of the charges;
  - ☐ waived reading of charges;
  - ☐ name spelled
  - ☐ advised of right to remain silent;
  - ☐ discussed charges w/ cnsl;
  - **X** No pressure to plead
- ☐ Consent to trial before U.S. Magistrate Judge
- **X** Dft enters a plea of: ☐ ngpl. (not guilty) **X** gpl. (guilty) ☐ nolopl. (nolo) ☐ glesspl. (guilty - lesser)
  to counts: **X** 1 ☐ 2 ☐ 3 ☐ 4 ☐ 5 ☐ 6 ☐ 7 ☐ 8 ☐ 9 ☐ 10 ☐ 11 ☐ 12 ☐ all counts;
  ☐ Other Counts _____ Of the **X** Indictment ☐ Information ☐ Superseding Indictment
- **X** Factual Basis Established
- **X** Court finds plea voluntary, knowledgeable & that it has a basis in fact.
- **X** Plea accepted ☐ kplagrej. Plea agreement rejected _____
- ☐ Plea Agreement acceptance deferred pending review of PSI
- **X** Plea agreement filed - in accordance with the local rules
- ☐ mfiling.ddl Motion filing deadline. Pretrial motions or change of plea due by _____
- ☐ Sentencing deferred for pre-sentence investigation.
- ☐ Sentencing set for _____ before Judge Crone
- ☐ Government motion for detention
- ☐ Dft bond ☐ set ☐ reset to $____ ☐ cash ☐ surety ☐ 10% ☐ PR ☐ unsecured
- ☐ Bond continued ☐ in this case until ____ ☐ $____ Type: ____ ☐ other case No. ____
- ☐ Order setting conditions of release ☐ Bond executed, deft released;
- ☐ Entered Order of Detention ☐ kotmpdtn. Temp Detention Pndg Hearing
- **X** Dft remanded to custody of U.S. Marshal; ☐ State charges (LO)
- ☐ Dft failed to appear, oral order for arrest warrant; ☐ bond forfeited
- ☐ Government motion _____ ☐ koralo... _____
- ☐ Defendant motion _____ ☐ koralo... _____
- ☐ Exhibit List ☐ kwitlst. Witness List

IN-COURT TIME: 31 MIN

CRIM 92-116   ☐ See reverse/attached for additional proceedings   9:51 am   Adjourn